# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1602

_____

Ruth A. Ebner-Cupples,

        Appellant,

        v.

John E. Potter, Postmaster General,
United States Postal Service,

        Appellee.

    Appeal from the United States
    District Court for the
    Eastern District of Missouri.

    [UNPUBLISHED]

_____

Submitted: July 23, 2008
Filed: August 5, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

    Ruth A. Ebner-Cupples appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Ebner-Cupples, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude summary judgment was proper for the

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

reasons stated by the district court.  Accordingly, we deny her motions to supplement the record and we affirm.  <u>See</u> 8th Cir. R. 47B.

_____